IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| CHRISTINA GORAY, | ) | CIVIL NO. 06-00214 HG-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNIFUND CCR PARTNERS | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| | ) | |

ORDER ADOPTING SPECIAL MASTER'S REPORT

The Report of Special Master having been filed and served on all parties on June 13, 2008, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, the Report of the Special Master on Plaintiff's Motion for Attorney's Fees and Costs (Doc. 88) awarding attorney's fees and costs against Unifund CCR Partners is adopted as the opinion and order of this Court.

IT IS SO ORDERED.
DATED: Honolulu, Hawaii, July 11, 2008.



                                      **/s/ Helen Gillmor**
                                   Chief United States District Judge